## UNITED STATES BANKRUPTCY COURT
Southern District of Iowa                          RECEIPT

| Case # 08-02665 CJ | Chapter 7 | # 000012327 - CC | |
|---|---|---|---|
| Filed: 07/14/08 | Des Moines | 02:52 PM, October 27, 2015 | |
| | | **Code** **Qty** | **Amount** |
| Judge: Judge Jackwig | | UC          1 | $11331.13 |
| Debtor(s): | | | |
| Ronald Lee Wheeler | | | |
| | | **TOTAL PAID:** | **$11331.13** |
| | | From:  Thomas L. Flynn | |
| | | 6701 Westown Parkway | |
| | | Ste 100 | |
| | | West Des Moines, IA 50266 | 4 |