**UNITED STATES BANKRUPTCY COURT**
Southern District of Iowa                    RECEIPT

| Case # 08-02665 CJ | Chapter 7 | # 000012326 - CC | | |
|---|---|---|---|---|
| Filed: 07/14/08 | Des Moines | 02:50 PM, October 27, 2015 | | |
| | | Code | Qty | Amount |
| Judge: Judge Jackwig | | UC | 1 | $6764.34 |
| Debtor(s): | | | | |
| Ronald Lee Wheeler | | | | |

TOTAL PAID: $6764.34
From:  Thomas L. Flynn
6701 Westown Parkway
Ste 100
West Des Moines, IA 50266                    4